4:25-cr-03032-SMB-JMD   Doc # 57   Filed: 03/13/26   Page 1 of 1 - Page ID # 100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

THOMAS GASTER,

              Defendant.

**4:25CR3032**

**ORDER**

IT IS ORDERED:

1)    The motion of Jeffrey S. Leuschen to withdraw as counsel of record for Defendant, (Filing No. 56), is granted.

2)    Defendant's newly retained counsel, Carlos A. Monzon, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Jeffrey S. Leuschen from any future ECF notifications herein.

Dated this 13th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge